UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARTHA J. PICON,

    Plaintiff,

    v.

    Case No.: 6:16-cv-329-OA-406JK

INTEGRATED MEDICAL CARE, LLC,

    Defendant.
_____/

## COMPLAINT & DEMAND FOR JURY TRIAL

COMES NOW Plaintiff, Martha J. Picon, pursuant to 29 U.S.C. § 216 through undersigned counsel and sues Defendant, Integrated Medical Care, LLC, a Florida corporation, for unpaid overtime violations.

### NATURE OF ACTION

1. Plaintiff brings this action against Defendant for unpaid overtime violations under the Fair Labor Standards Act of 1938, 29 U.S.C. §201, *et seq.* ("FLSA").

### JURISDICTION AND VENUE

2. This Court has jurisdiction over the claims herein as Defendant is a Florida corporation with its principal place of business at 7824 Lake Underhill Road, Suite A, Orlando, Floria 32822.

### PARTIES

4. Plaintiff is an individual residing in Orlando, Orange County, Florida and was engaged in interstate commerce as defined by the FLSA while employed by Defendant.

5. Defendant operates medical practice in Orlando, Florida and it is an enterprise engaged in interstate commerce that is covered by the FLSA.

6.  Plaintiff worked for Defendant as an hourly medical assistant.

## STATEMENT OF FACTS

8.  Defendant hired Plaintiff on or about January 2012 to work as an hourly medical assistant.

9.  Defendant consistently issued Plaintiff bi-weekly paychecks indicating that she worked over eighty (80) hours every two (2) week but never paying her time and a half for hours over forty (40) hours per week.

10. Defendant paid Plaintiff on an hourly basis.

11. Defendant paid Plaintiff straight-time for hours worked over forty (40) hours in a week.

12. Plaintiff regularly worked in excess of forty (40) hours per week.

13. However, Defendant failed to pay Plaintiff overtime rates for hours worked in excess of forty (40) hours per week.

14. At all times material hereto, Plaintiff performed the essential functions of her job in a professional and competent manner.

15. While employed by Defendant, Plaintiff was a non-exempt employee as that term is defined by the FLSA.

16. Based on the secretarial nature of Plaintiff's work, she held a non-FLSA-exempt position with Defendant.

17. Defendant did not keep accurate time records of the hours that Plaintiff worked.

18. Plaintiff has exhausted all administrative remedies, if any, for this action and all conditions precedent to the filing of this action have been fulfilled and met by Plaintiff or waived by Defendant.

19. Plaintiff has retained the law firm of Hogan & Hogan, PA. to represent her in this matter and has agreed to pay said firm a reasonable attorney's fee for its services.

## COUNT I
## VIOLATION OF THE OVERTIME PROVISIONS
## OF THE FAIR LABOR STANDARDS ACT

20. Plaintiff re-alleges and incorporates by reference all allegations contained in Paragraphs 1-19, supra.

21. Defendant repeatedly and willfully violated the FLSA by failing to compensate Plaintiff at a rate not less than one and one-half times the regular rate at which she was employed for workweeks longer than forty (40) hours.

22. As a direct and proximate result of Defendant's acts, Plaintiff suffered and continues to suffer damages.

WHEREFORE, Plaintiff demands judgment against Defendant for the following:

A. Declaratory judgment under Fed. R. Civ. Pro. 57 and 28 U.S.C. § 2201;

B. Injunctive relief;

C. Unpaid overtime wages found to be due and owing;

D. An additional equal amount as liquidated damages;

E. Pre- and Post-Judgment Interest;

F. Attorney's fees and costs; and

G. Such other relief as the Court deems just and equitable.

## DEMAND FOR JURY TRIAL

The Plaintiff hereby demands a jury trial on and for all issues so triable.

Respectfully submitted this 22nd day of February, 2016,

/s/ Daniel A. Perez
Daniel A. Perez, Esquire
Florida Bar No. 426903
Hogan & Hogan, P.A.
906 E. Michigan Street
Orlando, FL 32806
Tel: 407-422-2188
Fax: 407-422-3291
Email: dperez@hoganlegal.com
Secondary Email: brene@hoganlegal.com
Attorney for Plaintiff